Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com
*Attorneys for United Services Automobile Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **KENDALL LOVELL**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**USAA CASUALTY INSURANCE COMPANY; UNITED SERVICES AUTOMOBILE ASSOCIATION**; and DOES I though X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01024<br><br>**STIPULATION AND ORDER TO DISMISS UNITED SERVICES AUTOMOBILE ASSOCIATION WITHOUT PREJUDICE** |

Plaintiff Kendall Lovell, and Defendant USAA Casualty Insurance Company, hereby stipulate and agree to dismiss United Services Automobile Association, without prejudice.

| | |
|---|---|
| Dated this 3rd day of June, 2024. | Dated this 3rd day of June, 2024. |
| **MAINOR ELLIS INJURY LAWYERS** | **SPENCER FANE LLP** |
| By: /s/ Adam Ellis<br>Bradley S. Mainor, Esq.<br>NV Bar No. 7434<br>Adam Ellis, Esq.<br>NV Bar No. 14514<br>8367 W. Flamingo Rd., Suite 200<br>Las Vegas, NV 89147<br>*Attorneys for Plaintiff* | By: /s/ Mary E. Bacon<br>Mary E. Bacon, Esq.<br>NV Bar No. 12686<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for United Services Automobile Association* |

**ORDER**

**IT IS SO ORDERED.**

United States Magistrate Judge

Dated: June 4, 2024

2

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

1