Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com
*Attorneys for United Services Automobile Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENDALL LOVELL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY; and DOES I though X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01024-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

1   Plaintiff, Kendall Lovell ("Plaintiff"), and Defendant, USAA Casualty Insurance
2   Company ("Defendant") have agreed to extend the time for Defendant to file its responsive
3   pleading for one week, from June 7, 2024 to June 14, 2024. Plaintiff agreed to this brief
4   extension as a professional courtesy given Defendant's professional schedule. This is the
5   parties' first stipulation to extend Defendant's time to file its responsive pleading.

   This request is made in good faith and not for the purpose of delay.

Dated this 7th day of June, 2024.                  Dated this 7th day of June, 2024.

**MAINOR ELLIS INJURY LAWYERS**                    **SPENCER FANE LLP**

By:  /s/ Adam Ellis                                By:  /s/ Mary E. Bacon
     Bradley S. Mainor, Esq.                            Mary E. Bacon, Esq.
     NV Bar No. 7434                                    NV Bar No. 12686
     Adam Ellis, Esq.                                   300 S. Fourth Street, Suite 950
     NV Bar No. 14514                                   Las Vegas, NV 89101
     8367 W. Flamingo Rd., Suite 200                    *Attorneys for United Services*
     Las Vegas, NV 89147                                *Automobile Association*
     *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
DATED: June 10, 2024

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28