Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **KENDALL LOVELL**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**USAA CASUALTY INSURANCE COMPANY**; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01024-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-3, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the discovery deadlines in the operative discovery plan [ECF No. 22], as set forth below.

**A.    Pursuant to LR 26-4(a), the parties stipulate that the following discovery has been completed:**

1. The parties have served initial disclosures pursuant to FRCP 26(a)(1).
2. Plaintiff has propounded written discovery on Defendant.
3. Defendants have propounded written discovery on Plaintiff.
4. Plaintiff has answered Defendant's discovery.
5. Defendant has answered Plaintiff's written discovery requests.

6. The deposition of Plaintiff took place on November 6, 2024.

7. Mediation is scheduled for December 12, 2024.

**B.     Pursuant to LR 26-3(b), the parties stipulate that they need to complete the following discovery:**

1. Deposition of percipient witnesses;

2. Depositions of Plaintiff's medical providers;

3. Depositions of the parties' expert witnesses; and

4. Any other potential depositions or written discovery which may become necessary as discovery continues.

**C.     Pursuant to LR 26-3(c), the parties stipulate an extension is needed for the following reasons:**

The parties have scheduled a private mediation on December 12, 2024. The parties have agreed to extend discovery deadlines by 60 days to accommodate focusing resources on the mediation instead of expert costs. This is the parties first request for an extension.

No party will be prejudiced by the extension, and the requested extension is made in good faith and not for purposes of delay. Based on the foregoing, the parties respectfully request that the Court grant their joint request to extend the deadline by sixty (60) days in accordance with the requested amended discovery deadlines.

**D.     Pursuant to LR 26-3(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend all the discovery deadlines in this case by sixty (60) days, as set forth below:

| Event | Current Deadline (ECF No. 22) | Proposed Deadline |
|---|---|---|
| Motion to amend pleadings and add parties | 12/20/24 | 02/19/25 |
| Initial expert disclosures | 01/17/25 | 03/18/25 |
| Rebuttal expert disclosures | 02/18/25 | 04/18/25 |
| Discovery cut-off | 03/20/25 | 05/19/25 |
| Dispositive Motions | 04/21/25 | 06/20/25 |
| Joint Pre-Trial Order | 05/21/25 | 07/21/25 |

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)

**E.   Current Trial Date**

A trial date has not been set.

This request is made in good faith and not for the purpose of delay.

Dated this 26th day of November, 2024.    Dated this 26th day of November, 2024.

MAINOR ELLIS, LLP                         SPENCER FANE LLP

/s/ *Adam Ellis*                          /s/ *Mary Bacon*
Bradley S. Mainor Esq.                    Mary E. Bacon, Esq.
Nevada Bar No. 7434                       Nevada Bar No. 12686
Adam Ellis, Esq.                          Jessica E. Chong, Esq.
Nevada Bar No. 14514                      NV Bar No. 13845
Taylor K. Calmelat, Esq.                  300 South Fourth Street, Suite 1600
Nevada Bar No. 16681                      Las Vegas, Nevada 89101
8367 W. Flamingo Road, Ste. 200           *Attorneys for USAA Casualty Insurance*
Las Vegas, Nevada 89147                   *Company*
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated: November 27, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**

- 3 -

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)