Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **KENDALL LOVELL**, | Case No. 2:24-cv-01024-CDS-BNW |
| Plaintiff | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| **USAA CASUALTY INSURANCE COMPANY**, and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant | |

    Defendant, USAA Casualty Insurance Company ("Defendant"), by and through their counsel Spencer Fane LLP and Plaintiff, Kendall Lovell ("Plaintiff"), by and through their counsel, Mainor Ellis, LLP, hereby stipulate and agree to dismiss Plaintiff's Complaint with prejudice. Each party will bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

Dated this 11th day of February, 2025.

MAINOR ELLIS, LLP

/s/ *Adam Ellis*
Bradley S. Mainor, esq.
Nevada Bar No. 7434
Adam Ellis, Esq.
Nevada Bar No. 14514
Taylor K. Calmelat, Esq.
Nevada Bar No. 16681
8367 W. Flamingo Road, Ste. 200
Las Vegas, Nevada 89147
*Attorneys for Plaintiffs*

Dated this 11th day of February, 2025.

SPENCER FANE LLP

/s/ *Mary Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong, Esq.
NV Bar No. 13845
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*USAA Casualty Insurance Company*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: February 13, 2025